RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SYLVIA A. IRVIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sylvia_Irvin@fd.org

Attorney for Richard J. Chase

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD JOSEPH CHASE,<br><br>Defendant. | Case Nos. 2:18-cr-00250-JCM-NJK<br>2:16-cr-171-GMN-CWH<br>2:10-cr-00568-GMN-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING AND CONSOLIDATE CASES** |

It is stipulated and agreed to by and between Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Sylvia Irvin, counsel for Richard Joseph Chase, and United States Attorney Dayle Elieson and Assistant United States Attorney Daniel Cowhig, that the above-referenced cases should be consolidated for the setting of the Final Revocation Hearings at the same date and time as the Sentencing Hearing currently scheduled before District Judge James C. Mahan on January 11, 2019, at 10:00 a.m.. *See* Case No. 2:18-cr-00250-JCM-NJK, ECF No. 8.

This stipulation is entered into for the following reasons:

1. Petitions for Warrant for Offender Under Supervision were filed on May 31, 2018, in Case No. 2:16-cr-171-GMN-CWH (ECF No. 30), and on June 22, 2018, in Case No. 2:10-cr-568-GMN-PAL (ECF No. 74).

2. The Petition in Case No. 2:16-cr-171 (ECF No. 30) alleges three allegations against Mr. Chase, and the Petition in Case No. 2:10-cr-568 (ECF No. 74) alleges two allegations that are the same as the first two allegations in Case No. 2:16-cr-171. Final Revocation Hearings on the Petitions currently are scheduled for October 9, 2018, at 10:30 a.m. before District Judge Gloria M. Navarro. *See* Case No. 2:16-cr-171 (ECF No. 49); Case No. 2:10-cr-568-GMN-PAL (ECF No. 92).

3. On October 2, 2018, in Case No. 2:18-cr-00250-JCM-NJK, Mr. Chase waived indictment and entered a plea of guilty pursuant to a plea agreement to one count of felon in possession of a firearm. *See* Case No 2:18-cr-00250 (ECF Nos. 4-8). District Judge Mahan conditionally accepted Mr. Chase's guilty plea and scheduled the sentencing hearing for January 11, 2019. ECF No. 8.

4. At the end of the hearing, the parties advised that they would like to consolidate the sentencing hearing and revocation hearings. *Id.* The consolidation of the three cases will allow the parties to serve both the interests of justice and judicial economy. Consolidation will also allow the Court to impose sentence in all three matters on the same date, avoiding unanticipated or unintended complications in the later sentence computations by the United States Bureau of Prisons.

5. The parties respectfully request that the three cases be consolidated and there be one hearing on January 11, 2019, at 10:00 a.m., before District Judge Mahan.

DATED this 4th day of October, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| By */s/ Sylvia A. Irvin*<br>SYLVIA A. IRVIN<br>Assistant Federal Public Defender<br>Attorney for Richard Joseph Chase | By */s/ Daniel Cowhig*<br>DANIEL COWHIG<br>Assistant United States Attorney |

## **ORDER**

Based upon the foregoing stipulation and good cause appearing,

IT IS THEREFORE ORDERED, that in the interests of justice and judicial economy, Case Nos. 2:18-cr-00250-JCM-NJK, 2:16-cr-171-GMN-CWH, and 2:10-cr-00568-GMN-PAL, be consolidated and heard before the Honorable James C. Mahan, on January 11, 2019, at 10:00 a.m.

Dated October 11, 2018.

_____
UNITED STATES DISTRICT JUDGE